**2003–1811. Toledo Bar Assn. v. Pommeranz.**

It is ordered by this court, sua sponte, that Melvin R. Pommeranz, Attorney Registration No. 0031840, last known business address in Toledo, Ohio, is found in contempt for failure to comply with this court's order of April 14, 2004, to wit: failure to pay board costs in the amount of $19.75 on or before July 13, 2004.

**2003–2140. In re Resignation of Carney.**

It is ordered by this court, sua sponte, that Michael Thomas Carney, Attorney Registration No. 0009236, last known business address in Warren, Ohio, is found in contempt for failure to comply with this court's order of May 27, 2004, to wit: failure to surrender Certificate of Admission and file affidavit of compliance on or before June 28, 2004.

**2004–0022. Columbus Bar Assn. v. Beatty.**

It is ordered by this court, sua sponte, that Daniel R. Beatty, Attorney Registration No. 0064901, last known business address in Wellsville, Ohio, is found in contempt for failure to comply with this court's order of June 9, 2004, to wit: failure to file affidavit of compliance on or before July 9, 2004.

**2004–0108. Columbus Bar Assn. v. Port.**

It is ordered by this court, sua sponte, that Gregory Darwin Port, Attorney Registration No. 0043838, last known business address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of July 7, 2004, to wit: failure to file affidavit of compliance on or before August 6, 2004.

**2004–0590. Disciplinary Counsel v. Flom.**

It is ordered by this court, sua sponte, that Jack Terry Flom, Attorney Registration No. 0033673, last known business address in Myrtle Beach, South Carolina, is found in contempt for failure to comply with this court's order of May 27, 2004, to wit: failure to file affidavit of compliance on or before June 28, 2004.

**2004–0668. In re Resignation of Striggow.**

It is ordered by this court, sua sponte, that Kathleen Warrington Striggow, Attorney Registration No. 0020945, last known business address in Perrysburg, Ohio, is found in contempt for failure to comply with this court's order of July 1, 2004, to wit: failure to file affidavit of compliance on or before August 2, 2004.

**2005–0398. Disciplinary Counsel v. Watson.**

It is ordered by this court, sua sponte, that Michael Troy Watson, Attorney Registration No. 0029023, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's orders of December 7, 2005, and May 10, 2007, to wit: failure to file an affidavit of compliance on or before January 6, 2006, failure to pay board costs in the amount of $11,091.66 on or before March 7, 2006, and failure to pay publication costs in the amount of $320.40 on or before October 16, 2006.